**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**MARILYN LENISE HUBBARD**                                                                 **PLAINTIFF**

**v.**                                        **Case No. 4:18-cv-00697-KGB-PSH**

**NANCY A. BERRYHILL, Acting Commissioner,**
**Social Security Administration**                                          **DEFENDANT**

## ORDER

Before the Court are the Findings and Recommendation ("Recommendation") submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 12). The Recommendation recommends that this Court affirm the Commissioner's decision. The time for filing objections to the Recommendation has passed, and no objections have been filed. After reviewing the Recommendation, the Court adopts the Recommendation as its findings in all respects (*Id.*). The Court affirms the Commissioner's decision and dismisses with prejudice plaintiff Marilyn Lenise Hubbard's complaint.

So ordered this 12th day of September, 2019.

_____
Kristine G. Baker
United States District Judge